

# THE ATTORNEY GENERAL
## OF TEXAS

### AUSTIN 11, TEXAS

WAGGONER CARR
ATTORNEY GENERAL

April 1, 1965

Honorable Ben Atwell, Chairman
Revenue and Taxation Committee
House of Representatives
Austin, Texas

Dear Mr. Atwell:

Opinion No. C-412

Re: Constitutionality of
House Bill 309, 59th
Legislature, Regular
Session.

You ask the opinion of the Attorney General as to whether House Bill 309, 59th Legislature, Regular Session, is constitutional.

Our opinion is that H. B. No. 309 is constitutional.

House Bill No. 309, in effect, merely adds to the present motor fuel tax statutes (Chapter 9 of Title 122A, Taxation-General, Revised Civil Statutes) provisions allocating unclaimed tax refunds on motor fuel used in motor boats in the same manner in which these statutes now allocate unclaimed tax refunds on motor fuel used in aircraft. The unclaimed refunds on such fuel used in aircraft remain unaffected by this Bill; the unclaimed refunds on fuel used in motor boats are allocated to the Water Recreation Safety Fund.

In opinion WW-1140 (1961) the then Attorney General held that the amendments of Section (6a), (13), and (14) of Article 9.13 (Acts 1961) which made allocation of unclaimed refunds of motor fuel used in aircraft were constitutional. By virtue of the holding in Attorney General's opinion WW-1140 it is our opinion that House Bill No. 309 is constitutional.

## S U M M A R Y

House Bill No. 309 pending
before the 59th Legislature,
Regular Session, is
constitutional.

Yours very truly,

WAGGONER CARR
Attorney General of Texas

By: W. E. Allen
     W. E. Allen
     Assistant

WEA:dl

APPROVED:

OPINION COMMITTEE

W. V. Geppert, Chairman
Pat Bailey
John Reeves
Paul Phy
Milton Richardson

APPROVED FOR THE ATTORNEY GENERAL
BY:      Stanton Stone